**Michael Pileggi, Esquire**
**Attorney At Law**
303 Chestnut Street
Philadelphia, Pennsylvania 19106

215-627-8516 (Office)                                                                                           215-627-5105 (Fax)
Member of PA Bar

August 1, 2023

**VIA EMAIL AND U.S. MAIL**
The Honorable Paul S. Diamond
U.S. Courthouse
Room 6613
601 Market Street
Philadelphia, PA 19106

    Re: **Consolidated Cases Involving Members of the Narcotic Field Unit**

Dear Judge Diamond:

    I write on behalf of the parties in the NFU case of *James Graves v. City of Philadelphia, et al.*, C.A. No. 15-1534, and I am happy to report that the parties have settled this matter. Please issue a Federal Rule of Civil Procedure 41.1(b), dismissing the case with prejudice.

Respectfully submitted,

*/s/ Michael Pileggi*
Michael Pileggi, Esquire

cc: Anne Taylor, Esquire
    Joseph Santarone, Esquire